**Entered on Docket**
**July 15, 2010**

*/s/ Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-10-19764-BAM |
|---|---|
| | Chapter 13 |
| RANDALL J. EVANS | |
| | Hearing Date: N/A |
| | Hearing Time: N/A |
| Debtor(s). | |

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day period expired on July 12, 2010.

. . .

1     **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor(s) failure to comply with 11 U.S.C. §521(i).

    **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending.

    DATED this 15th day of July, 2010.

Submitted by:

_____/s/ Marianne Gatti, Esq._____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###